1  Tai Dang, P-83131
   C.S.P. Solano
2  P.O. Box, 4000
   Vacaville, Ca. 95696
3
4  In Pro Per.
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11 Tai Dang,                    )    C 07    3268
                                )    No._____SI_____(PR)
12           Petitioner,        )
                                )    Notice Of Lodgement
13      -vs-                    )
                                )
14 D.K. Sisto, Warden,          )
                                )
15           Respondent.        )
                                )
16 _____ )
17
18      Petitioner, Tai Dang, lodges the following documents in this court, in
19 conjunction with the accompanying petition for writ of habeas Corpus:
20
21           A. 12/8/99, Marsden Motion Transcript
22           B. Verbatim Tai Q. Dang interrogation (Tape 1, excerpts)
23           C. 402 Hearing Transcript
24           D. Appellant Opening Brief
25           E. 7/28/99, Marsden Motion Transcript
26           F. Excerpts of Reporter's Transcript
27           G. Santa Clara County and Disposition History (Tai Dang)
28           H. Probation Office Report

*PRINTED ON RECYCLED PAPER*

(1)

1       I. Nhan Nguyen (Vietnamese) Letter and Translation

2       J. Court of Appeal Opinion and Order Modifying Opinion

3       K. Supreme Court's Denial of the Petition for Review

4       L. Declaration of Petitioner and Attorney Dudley

5 Dated: JUNE /19 ,2007

7                                       Respectfully Submitted,

12                                 Tai Dang