1  Tai Dang
2  CSP-Solano
3  Fac.2, Bldg 9, Cell 215
4  Vacaville, CA 95696
5  CDC No. P-83131
6  In Pro Se

ORIGINAL FILED
MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court for the Northern District of California

Tai Dang,
           Petitioner,
      v.
D.K. Sisto, Warden,
           Respondent.

No. C 07-3268 SI

Application for Leave To File An Oversized Opposition To Motion To Dismiss Habeas Corpus Petition As Untimely

To: The Honorable Susan Illston, Judge for the United States District Court for the Northern District of California:

Petitioner, on his own behalf, moves the Court for leave to file an oversized Opposition to motion to dismiss habeas Corpus Petition as untimely. This motion is based on the Declaration of David Turner, writ writer for Petitioner, Tai Dang.

David Turner
Writ Writer and Next Friend for Petitioner, Tai Dang

1

| | |
|---|---|
| Tai Dang,<br>        Petitioner,<br>v.<br>D.K. Sisto, Warden,<br>        Respondent. | Case No. C07-3268 SI<br>Declaration of David Turner In Support of Application To File Oversized Brief |

    I, David Turner, declare under Penalty of Perjury as follows: I am a Prisoner at California State Prison Solano and have been enlisted by Petitioner, Tai Dang, to prepare the accompanying Opposition to motion to dismiss habeas Corpus Petition (hereafter, "Opposition").

    I am not a party to the above-mentioned action and am acting as both a writ writer and next friend on Petitioner's behalf.

    On November 14, 2007, this Court issued an order on initial review. In that order, respondent was order to file and serve a motion to dismiss the Petition or a notice that respondent is of the opinion that a motion to dismiss is unwarranted. Respondent filed a motion to dismiss habeas Corpus Petition as untimely. And Petitioner, herein, replies to the motion to dismiss.

    The Opposition is 31 pages. Local Rule 7-4(b) limits the length of Points and authorities in support of motions to 25 pages. Therefore Petitioner requests leave to file an oversize brief

    Due to the complexity of the underlying fact requiring

2

1  equitable tolling in this matter and the numerous documents
2  substantiating these facts I am not able to adequately brief
3  the opposition with a 25 page limit. A shorter brief would
4  not effectively serve the interests of Petitioner, nor would it
5  adequately assist this Court in the disposition of the case.

7  I, therefore, request leave to file a memorandum of Points
8  and authorities in support of the Opposition to motion to dismiss
9  habeas Corpus Petition in excess of 25 Pages.

11 Executed this 29th day of February 2008, at Vacaville,
12 California.

_____
David Turner
Writ writer and Next Friend
for Tai Dang

3

Case # (if applicable): 07-3268 SI                    2/29, 2008

To: **CLERK OF THE COURT**
  [ ] SUPERIOR COURT          [✓] FEDERAL DISTRICT COURT
  [ ] COURT OF APPEAL         [ ] FEDERAL COURT OF APPEAL
  [ ] CALIFORNIA SUPREME COURT [ ] U.S. SUPREME COURT

From: Tai Dang                    CDC #: P-83131
  California State Prison - Solano
  Housing: _____
  P.O. Box 4000
  Vacaville, California 95696-4000

Re:
  [✓] PETITION FOR WRIT OF HABEAS CORPUS
  [ ] PETITION FOR REHEARING/RECONSIDERATION
  [ ] PETITION FOR REVIEW
  [ ] BRIEF ON APPEAL
  [ ] MOTION TO COURT

Case:
  [ ] IN RE _____
  [ ] PEOPLE v. _____
  [ ] OTHER: Tai Dang v. D.K. Sisto, Warden

Dear Clerk:

I am presently incarcerated at the California State Prison - Solano, in Vacaville. Due to my incarceration, indigency or minimal funds, and the current policy of the California Department of Corrections as stated in Deputy Director Memorandum 15/04, I cannot provide the required number of copies as required by the Rules of Court.

Therefore, I must respectfully request that the court make the required additional copies and to serve any required copies on other parties as necessary.

Furthermore, please send a conformed copy of the documents back to me as a receipt of filing. I apologize for any inconvenience that this may have caused.

Respectfully submitted,

David Ju
Writ Writer and Next Friend
for Tai Dang