LEGAL MAIL

Tai Dang, P-83131
Fac. 2, Bldg 9, Cell 215
CSP~ Solano
Vacaville, CA 95696

California State Prison - Solano

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov
LABEL 107R, OCT 1997

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

CSP SOLANO
STATE PRISON

UNITED STATES POSTAGE
$ 05.05