1    is needed for effective defense or appeal. (Britt v. North

2    Carolina (1971) 404 U.S. 226;  People v. Hosner 91975) 123

3    Cal. Rptr. 381.)

4

5        The defendant is presumed to have a particularized need

6    for complete transcripts. To overcome the presumption, the

7    state must show the defendant's lack of need for, or access to,

8    adequate alternatives that afford him an effective defense.

9    (People v. Hosner (1975) 123 Cal. Rptr. 381.)

10

11        The erroneous denial of appellant's motion for a transcript,

12    "requires automatic reversal". (People v. Hosner (1975) 123 Cal.

13    Rptr. 381.)  Equal protection principles demand that an indigent

14    defendant be provided with a transcript of prior proceedings

15    when that transcript is needed for an effective defense. (Britt

16    v. North Carolina (1971) 404 U.S. 226;  People v. Hosner (1975)

17    123 Cal. Rptr. 381;  Also See, Huffman v. Superior Court (1990)

18    269 Cal. Rptr. 12.)

19

20        The defendant was represented by a Public Defender;  and

21    so he must be considered indigent for purposes of determining

22    his right to a transcript. (People v. Vaughn (1981) 177 Cal.

23    Rptr 773.)

24

25

26

27

1        **CONCLUSION**

2

3        The defendant-petitioner seeks review of issues, by the

4    way of petition for habeas corpus, raising fundamental questions

5    of law, sentence, and/or other matters, which are of substantial

6    nature.  The defendant-petitioner is considered indigent and

7    therefore is unable to afford the cost of preparation of the

8    transcripts and court records necessary to provide adequate and

9    meaningful review of the errows and/or abuse of counsel and the

10   court

11

12       For the above and foregoing reasons, but not limited

13   thereto, it is imperative that the motion for production of the

14   reporter's transcripts and other court records be granted.

15

16   DATED: ___JUNE - 26 - 05___

17

18                                    ___TAI - QUOC - DANG___ (P# 83131)

19                                    PETITIONER'S NAME & ID#

20

21

22

23                                    PETITIONER'S SIGNATURE

24

25

26

27

1                        STATEMENT OF FACTS

2

3   1)  I,  ___TAI QUOC DANG_____, am the petitioner/defendant

4       in this cause of action.

5

6   2)  That on or about, ____JUNE - 09 - 00____, I was sentence by the

7       ___SANTA CLARA_____ County Superior Court in the above

8       entitled and numbered case.

9

10  3)  That it is my intention to seek relief by petition for a

11      writ of habeas corpus in the court of jurisdiction,

12      (Superior and Appellate Courts).

13

14  4)  That in order to properly prepare a petition for judicial

15      review, it is necessary that the transcripts and other court

16      related documents in the court's file be prepared.

17

18  5)  That in order to provide the court of review, (Superior and

19      Appellate Courts), an adequate review of the issues as

20      alleged and presented within petitioner's petition, it is

21      necessary that the requested transcripts and documents be

22      prepared.

23

24  6)  That without the transcripts and documents in the above

25      action, the petitioner will be unable to properly and

26      adequately prepare his pleadings to the court of review, and

27      the court will be unable to adequately review issues alleged

1    and the petitioner may suffer prejudice.

2

3    7)   That the petitioner/defendant's Declaration of Indigency is

4         attached hereto and made part of petitioner's motion to

5         produce the requested transcripts and court related

6         documents.

7

8                              **VERIFICATION**

9

10   I swear under the penalty of perjury, under the laws of the

11   State of California, these statements are true and correct.

12

13   DATED:___JUNE - 2C - OS_____

14

15                                TAI  QUOC  DANG   (P-83131)

16                                PETITIONER'S NAME & ID#

17

18

19

20                                _____

21                                PETITIONER'S SIGNATURE

22

23

24

25

26

27

1    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2       IN AND FOR THE COUNTY OF

3

4                    DECLARATION OF INDIGENCY

5

6    I, ___TAI QUOC DANG_____, DECLARE AS FOLLOWS:

7

8        I am the defendant/petitioner in case # _C9927763_____.

9

10       I am informed and believe that the preparation of the

11   requested transcripts and court documents of the proceedings

12   described in the accompanying notice of motion will cost

13   approximately 50¢ per page to prepare and photo-copy.

14

15       I am currently incarcerated at the California Correctional

16   Center and I do not have sufficient funds to pay the cost of the

17   preparation of these transcripts and court documents.

18

19       I declare under penalty of perjury that the foregoing is

20   true and correct.

21

22   DATED: __JUNE - 26 - 05_____

23

24                              ___TAI QUOC DANG___(P- 82171)___
25                                 PETITIONER'S NAME & ID#

26

27
                                _____
                                  PETITIONER'S SIGNATURE

Mr. Tai Quoc Dang
P-83131 L5-109
P.O. Box 2210
Susanville, CA.
96127-2210

California State Bar Court
C/O: Court Administrator
180 Howard Street, Floor 6          CERTIFIED
San Francisco. CA. 94105-1639       7004 2510 0005 2165 7296

RE: PEOPLE -v- TAI QUOC DANG
    Court of Appeal, Sixth District
    Case Number: H-02681
    Santa Clara County Superior Court No: C9927769

RE: Inquiry Number: 04-24640

                                        August 16, 2005

Dear State Bar of California;

    Enclosed, you will find my second complaint/exhibits attached
in support thereof. This complaint is made against my court
appointed appellate counsel, Mr. Arthur Dudley, SBN 056921,
whereas there has not been any communication between he and
I. On September 28, 2004, I received a letter from the State
Bar of California after my first complaint, please see exhibits
A.

    Mr. Dudley contended that he sent me a letter explaining
the alternatives including the AEDPA time limitations. He did
not send me any letter or any explanation on the AEDPA time
limitations.

    On November 7, 2004, I received a letter from Mr. Dudley,
also see exhibit B. January 19, 2005, I sent him a short letter
to let him know that I am currently at a new facility and I
have never received any responses from him, see exhibit C. And,
as of June 20, 2005 I sent him another letter and the results
were the same, see exhibit D and exhibit E.

    The Federal AEDPA statutes of time limitations (one year)
for seeking review of my Constitutional claims via Habeas Corpus

D(80)

Petition, has expired already.

Therefore, I am requesting also that you order Mr. Dudley to prepare a written declaration on my behalf, so that I can establish the extraordinary cause that was beyond my control for what portion of the one-year period was the insuperable impediment in effect and the circumstances which rendered it impossible for me to file a timely petition before the impediment began or after it ended.

Also, I would like to order Mr. Dudley to send me all of my work products. Without any legal documents I have no access to further my concerns to the Federal Court.

*NOTE*    <u>Proof of Documentation:</u> That Mr. Dudley, #SBN056921, send any document after November 7, 2004, to Inmate Tai Quoc Dang.

Further more, a primary concern on my behalf is that Mr. Dudley has filed to uphold his duties and his responsibilities in his profession, in my position I am respectfully requesting another professional representation on my behalf.

Thank you for your time and consideration in regards to this matter in advance upon reply.

Sincerely

Tai Quoc Dang



Mr. Tai Quoc Dang
P-83131, L5-109L
California Correctional Center
P.O. Box 2210
Susanville, CA.
96127-2210

Page, Salisbury and Dudley
ATTN: Mr. Arthur Dudley
605 Center Street
Santa Cruz, CA.   95060

September 14, 2005

Dear Mr. Dudley;

Over the past several months I have been attempting, via mail, to contact you and acquire the full transcript of my record on appeal. Of course, you have not, for whatever reason, responded to any of my missives. Indeed, I need the transcript to reference for collateral issues -- not raised on direct appeal -- I intend to bring on a habeas petition.

With all due respect, Sir, your gross delay in sending me my transcript, first, has my life on hold and second, is compromising the allotted tolling period for bringing cases before the federal court's, following final denial in the state courts.

Ultimately, I am asking that you send the subject record immediately. Thank you.

Sincerely

_____

Tai Quoc Dang

Tai Quoc Dang
#P-83131, L5-109 up
P.O. Box 2210
Susanville, CA 96127-2210

October 28, 2005

Sixth District Appellate Program
Lori A. Quick, Attorney at Law
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050

Dear Ms. Quick:

I have written you this missive to address a problem the attorney you all assigned to handle
my appeal, Arthur Dudley, has caused me.  To elaborate, for some time now, since
since Mr. Dudley has completed his duties as my attorney, I have been trying to
acquire my record on appeal from him.  I have written Mr. Dudley many letters in
attempts to get him to forward the subject material to me.  I have also com-
plained to the California Bar Association about his stubborness and apparent dis-
regard for my right to possess my own case record.  All these measures have
failed, of course.  As a consequence, my desire to raise collateral issues on
habeus corpus have been stalled and my tolling time to proceed to the federal
courts compromised.

I am asking you to intervene in this matter and, as a courtesy, acquire my case
record from Mr. Dudley and forward it to me.  Your most prompt response will
be greatly appreciated.  Thank you.

Best regards,

# SIXTH DISTRICT APPELLATE PROGRAM

A Non-Profit Corporation

---

100 N Winchester Blvd., Suite 310                                    (408) 241-6171 - Main
Santa Clara, CA 95050                                               (408) 241-2877 - Fax

Executive Director                                                  Assistant Director
*Michael A. Kresser*                                                *Dallas Sacher*

Law Office Manager                                                  Staff Attorneys
*Yolanda Edwards*                                                   *Lori A. Quick*
                                                                    *Vicki I. Firstman*
                                                                    *William M. Robinson*
                                                                    *Jonathan Grossman*
                                                                    *Paul Couenhoven*

November 8, 2005

Arthur Dudley, Esq.
605 Center Street
Santa Cruz, CA  95060

Re:  People v. Tai Quoc Dang
Santa Clara County Superior Court #C9927769
Court of Appeal #H021681

Dear Art,

Enclosed please find photocopies of a letter from Mr. Dang stating that he never received the record and my response to him. This case was closed nearly three years ago, so I am assuming the record was sent and perhaps lost in the prison system. In any event, please respond to Mr. Dang's letter.

Sincerely,

Lori A. Quick
Staff Attorney

cc: Tai Quoc Dang

Enclosures

# SIXTH DISTRICT APPELLATE PROGRAM
A Non-Profit Corporation

100 N Winchester Blvd., Suite 310                              (408) 241-6171 - Main
Santa Clara, CA 95050                                          (408) 241-2877 - Fax

Executive Director                                             Assistant Director
*Michael A. Kresser*                                           *Dallas Sacher*

Law Office Manager                                             Staff Attorneys
*Yolanda Edwards*                                              *Lori A. Quick*
                                                               *Vicki I. Firstman*
                                                               *William M. Robinson*
November 8, 2005                                               *Jonathan Grossman*
                                                               *Paul Couenhoven*


Tai Quoc Dang
P-83131
High Desert State Prison
P.O. Box 2210
Susanville, CA  96127-2210

Dear Mr. Dang,

          I have received your letter postmarked November 1, 2005.  I have forwarded a copy to Mr.
Dudley.

Sincerely,

Lori A. Quick
Staff Attorney

cc:  Art Dudley

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE
The State Bar of California
1149 South Hill Street
Los Angeles, CA 90015-2299




$ 00.23°
02 1A
0004311715    NOV 09 2005
MAILED FROM ZIP CODE 90015

TAI QUOC DANG
P83131 L5-109
P O BOX 2210
SUSANVILLE CA 96127-2210

City                                    State        Zip

We have received your complaint against a California attorney and
have assigned it the number shown below. We will contact you when
our evaluation of your matter is complete.

Thank you for your patience.

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE

INQUIRY NUMBER: **05-17692**

D(86)



**THE STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

OFFICE OF THE CHIEF TRIAL COUNSEL
ENFORCEMENT

TELEPHONE: (415) 538-2000
TDD: (415) 538-2231
FAX: (415) 538-2284

DIRECT DIAL: (415) 538-2547

February 16, 2006
21

**PERSONAL AND CONFIDENTIAL**

Tai Quoc Dang
P-83131   L5-109
P. O. Box 2210
Susanville CA  96127-2210

**LEGAL   MAIL**

Re:     Respondent:          Arthur Dudley
        Case Number:         06-O-10112

Dear Mr. Dang:

Your complaint regarding Arthur Dudley has been assigned to me for investigation. Please note the new investigation case number, and refer to it in future communications about your case. Please also note that your complaint is being handled in the San Francisco office; you should write to me at the letterhead address shown above.

A Complaint Analyst in the Los Angeles office wrote to Mr. Dudley about your new complaint, and we received a response from him dated January 17, 2006. Mr. Dudley provided a copy of the February 2, 2003, letter he alleges he sent to you. I have attached a copy of this letter for your review. It indicates that some blank forms for filing a federal petition for writ of habeas corpus were enclosed. I note that the letter was sent to you at Calipatria. Please advise me, in writing, whether you recall receiving this letter and the forms, and whether you were still at Calipatria in early February, 2003.

Mr. Dudley also provided a copy of the November 7, 2004, letter, which you did receive, as you sent a copy of this letter as Exhibit B of your complaint. This letter indicates that Mr. Dudley will be sending you additional paperwork, that you can use to file your federal habeas petition. He provided us with a copy of those completed documents. This is a packet of some 35 pages, that includes the Petition for Writ of Habeas Corpus, draft declarations for yourself and Mr. Dudley, and seven, multi-page attachments, that discuss the facts of the case, deficiencies in the trial evidence, trial errors, and ineffective assistance of trial counsel. The intention was to enable you to file the Petition late, after the statutory time had run, with declarations explaining that you did not receive timely notice of the California Supreme Court decision denying your petition for review, on December 11, 2002.

Mr. Dudley's declaration is dated November 23, 2004, so presumably it would have been sent around the end of November. Do you recall receiving this package of documents, within a few weeks after the November 7, 2004, letter?



Tai Quoc Dang
February 16, 2006
Page 2

Mr. Dudley states that he can send you another copy of this Petition package, for your review and appropriate signatures, that you can return to him for filing in Federal court. You should write him directly, with your current address, if you wish to proceed with this offer.

With your current complaint, you provided copies of your mail log, but these only go back to July of 2005. Would you please inquire whether you can obtain copies of the mail log for 2003 and 2004, to see if these reflect receipt by the facility of the February, 2003, letter, and the November, 2004, packet of documents? If you can obtain the older mail log, please send us copies.

Do you recall when you learned that the California Supreme Court had denied your petition for review? Please advise when and how you learned of that decision. Were you still at Calipatria at that time? When and how did you notify Mr. Dudley that you had been moved from Calipatria to Susanville?

Please provide the information requested above, and **legible copies** of any relevant documents, to me by **March 10, 2006**. **All** documents that you send to the State Bar, whether **copies or originals**, become State Bar property and are subject to destruction. If you have any questions regarding this request or if you have a change of address or telephone number, please call me at (415) 538-2547.

Thank you for bringing this matter to our attention. I look forward to your continued assistance.

Very truly yours,

Michael H. Hummer
Investigator

TAI QUOC DANG
P83131-A2-106
HIGH DESERT STATE PRISON
P.O.BOX 3030
SUSANVILLE,CA96127
MARCH 03,2006


THE STATE BAR OF CALIFORNIA
MICHEAL H. HUMMER;ENF-SF;CC#10308
180 HOWARD STREET
SANFRANCISCO,CA94105-1639

                RE : RESPONDENT . ARTHUR DUDLEY
                CASE NO : 06-O-10112

DEAR MR.HUMMER,

        ENCLOSED YOU WILL FIND ALL THE COPIES OF MY LEGAL MAIL LOG
FROM 2002 TO 2005.PLEASE TAKE JUDICIAL NOTICE OF LETTERS FROM ME TO
MR.DUDLEY IN CHRONOLOGICAL ORDER  ATTACHED HERE TO AS EXHIBIT "A",
I WROTE TO THE COURT OF APPEAL SIXTH APPELLATE DISTRICT ON OR ABOUT
MAY 31,2004,INQUIRING ABOUT THE STATUS OF MY APPEAL.THE CLERK OF THE
COURT RESPONDED BY SENDING ME A COPY OF THE CALIFORNIA SUPREME
COURT'S ORDER "PETITION FOR REVIEW DENIED" DATED DECEMBER 11,2002.
THEN I LEARN MY PETITION FOR REVIEW HAD DENIED,I WAS STILL AT
CALIPATRIA AT THAT TIME.

        APPROXIMATELY 18 MONTHS HAD PASSED SINCE THE CALIFORNIA
SUPREME COURT HAD DENIED MY PETITION FOR REVIEW AND TO REITERATE.THE
FIRST TIME I RECEIVED ANY NOTICE FROM THE CALIFORNIA SUPREME COURT'S
ORDER WAS ON OR ABOUT JUNE 9,2004,FROM THE COURT OF APPEAL'S CLERK,
FOLLOWING MY LETTER OF INQUIRY I SENT TO THE COURT OF APPEAL.NONETHE-
LESS,ON JUNE 17,2004 ALSO I WROTE TO THE CALIFORNIA SUPREME COURT
ASKING FOR THE COPY OF THEIR CERTIFICATE OF SERVICE TO FIND OUT IF A
COPY THAT ORDER WAS SENT TO MR.DUDLEY AS WELL.

        ON JANUARY 19,2005 I SENT A SHORT LETTER TO MR.DUDLEY TO
NOTIFY HIM THAT I AM NO LONGER AT CALIPATRIA AND I HAD BEEN MOVED TO
SUSANVILLE.ON OR ABOUT JUNE 20,2005 I SENT ANOTHER LETTER AND AGAIN
ON SEPTEMBER 14,2005.THE RESULT ALL THE SAME NONE RESPONSE.

        AFTER NOVEMBER 7,2004 LETTER I HAVE RECEIVE NOTHING FROM
MR.DUDLEY.THE MAIL LOG AND THE EVIDENCES WILL PROOF ITSELF.I THANK
YOU VERY MUCH FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

                                    YOURS SINCERELY
                                    TAI QUOC DANG



THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

OFFICE OF THE CHIEF TRIAL COUNSEL
ENFORCEMENT

TELEPHONE: (415) 538-2000
TDD: (415) 538-2231
FAX: (415) 538-2284

DIRECT DIAL: (415) 538-2547

27
June 6, 2006

**PERSONAL AND CONFIDENTIAL**

Tai Quoc Dang, P83131
Solano State Prison: 212-T2/240 Lower          **LEGAL MAIL**
P. O. Box 4000
Vacaville CA 95696


Re:    Respondent:          Arthur G. Dudley
       Case Number:         06-O-10112


Dear Mr. Dang:

I have completed the investigation of the above-referenced matter, and have forwarded the case to Deputy Trial Counsel Wonder Liang for further action. You will be contacted after the prosecutor has had an opportunity to review the file.

I have received no response from Mr. Dudley to my letters of April 3 and April 28, 2006. It appears from your letter to Mr. Dudley of June 22, 2004, that he sent you the Petition for Review and a copy of the Supreme Court Order denying that petition at the same time. His records suggest that this may have been with the February 2, 2003, letter, that you have alleged you never received. I would appreciate if you would review your copy of your June 22, 2004, letter to him, and advise me in writing as to when you actually received the Petition for Review, and the attached Order, from Mr. Dudley.

Also, I will be filing a request with the California Department of Corrections for some additional information and documents, and I will need your assistance with that request. I have been told I will need a letter of authorization from you to release a copy of your Legal Mail Log from Calipatria. I know you sent me a copy, but for court evidence I will need a certified copy from CSP Calipatria.

I also will need a statement from CDC as to the dates you were housed at which facilities, between January 1, 2002, and the present. You apparently were briefly at two or three different facilities between Calipatria and High Desert SP between December, 2005, and January, 2006. Please prepare and send me an original signature letter of authorization for CSP Calipatria and CDC to release a certified copy of your mail log to me, and to report to me the facilities at which you were housed.

I'm also going to need CDC to state that their procedure is to forward inmate mail when the inmate has been transferred to another facility, but I will work on that directly with CDC.

Tai Quoc Dang
June 8, 2006
Page 2

If you have any additional information to report, especially any change of address or institution, please contact me at (415) 538-2547, or write to me at the State Bar offices in San Francisco, as before.

**Please remember, all** documents that you send to the State Bar, whether **copies or originals**, become State Bar property and are subject to destruction.

Thank you very much for your continued cooperation in this matter.

Very truly yours,

Michael H. Hummer
Investigator

Fr: Dang, Tai (P-83131)
CSP-Solano (12-240-U)
P.O. Box 4000
Vacaville, Ca. 95696-4000
07 /25/ 06

To: The State Bar Of California
180 Howard Street
San Francisco, Ca. 95696-1639

Re: Respondent: Arthur G. Dudley
Case Number: 06-0-10112


Dear Mr. Michael,

Enclosed, you will find my Autorization Letter. On 06/22/04, I sent Mr. Dudley a letter to clarify that he did send me a copy of the Petition for review and a copy of the Supreme Court Order denying the Petition for a hearing at the same time. Mr. Dudley never notified me that the California Supreme Court denied my Petition for review. On or about 11/05/02, I received the Petition for review from Mr. Dudley, as you are already aware that the recorded Legal Mail Log will speak for itself. Please send me a copy of the Legal Mail Log whenever you receive it. Thank you very much for your assistance and for your time.

Dang, Tai Quoc

D(92)

Fr: Dang, Tai (P-83131)
CSP-Solano (12-240-U)
P.O. Box 4000
Vacaville, Ca. 95696-4000

To: The State Bar Of California
180 Howard Street
San Francisco, Ca. 95696-1639

Re: Respondent: Arthur G. Dudley
Case Number: 06-O-10112

07 / 25 /06

Dear Mr. Michael,

I, Dang, Tai is currently incarcerated at CSP-Solano given authorization to the State Bar Of California Investigator, Mr. Michael H. Hummer on my behalf, to get legal mail log from CSP-Calipatria.

Thank you very much for your assistance.

Dang, Tai Quoc

# ACKNOWLEDGMENT

State of California
County of Solano

On _07/25/06_ before me, Jay Alan Hellmann, Notary Public ,

(here insert name and title of the officer)

personally appeared _TAI DANG_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

JAY ALAN HELLMANN
COMM. # 1500833
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
COMM. EXP. JULY 13, 2008

(Seal)

AUTHORIZATION FO OBTAIN
LEGAL MAIN Jah
HAND UP: Jah
SELF WRITTEN

# EXHIBIT COVER PAGE:

Exhibit: ____E_____

Description of this exhibit: LEGAL MAIL LOG (calipatria)

Number of pages of this exhibit: __2____pages

---

JURISDICTION:  (Check only one)

_____Municipal Court

__xx__Superior Court

_____Appellate Court

_____State Supreme Court

_____United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other: _____

# CALIPATRIA STATE PRISON

## LEGAL MAIL LOG

| CDC NUMBER | INMATES NAMES | CELL NUMBER | SENDERS NAME LOCATION | DATE ISSUED | INMATES SIGNATURE | STAFF INITIALS |
|---|---|---|---|---|---|---|
| P83131 | DANG | A1-214 | PAGE SALISBURY & DUDLEY ATTYS SANTA CRUZ CA 95060 | 7/11/02 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBURY & DUDLEY ATTY'S AT LAW; SANTA CRUZ | 1/2/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBRY,DUDLEY,ATY,6 05 CNTR,SCRUZ,CA95060 | 1/30/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBURY & DUDLEY ATTY'S AT LAW; SANTA CRUZ | 4/2/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBURY & DUDLEY ATTY AT LAW; SANTA CRUZ | 5/4/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBRY&DUDLEY,605 CNTR ST,SNTA CRZ,CA 95060 | 5/15/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBRY&DUDLEY,ATY, 605 CNTR,SNTA CRZ,CA95060 | 5/16/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBURY&DUDLEY,ATT YS,SANTA CRUZ,CA 95060 | 5/25/01 | | |
| P83131 | DANG | A2-102 | PAGE,SALISBURY&DUDLEY,605 CENTER,SNTA CRZ,CA95060 | 7/17/01 | | |
| P83131 | DANG | A2-102 | PAGE, SALISBURY & DUDLEY ATTY AT LAW; SANTA CRUZ | 11/30/00 | | |

| CDC NUMBER | INMATES NAMES | CELL NUMBER | SENDERS NAME LOCATION | DATE ISSUED | INMATES SIGNATURE | STAFF INITIALS |
|---|---|---|---|---|---|---|
| P83131 | DANG | A2-116 | CHIEF IM APPEALS, SAC, CA 94283 | 5/23/02 | | |
| P83131 | DANG | A2-144 | PAGE SALISBURY & DUDLEY SANTA CRUZ CA 95060 | 11/15/04 | | |
| P83131 | DANG | A2-144 | CRT OF APPEAL 6TH APPELLATE DIST SAN JOSE CA 95113 | 9/27/02 | | |
| P83131 | DANG | A2-144 | PAGE, SALISBURY & DUDLEY, SANTA CRUZ, CA 95060 | 10/18/02 | | |
| P83131 | DANG | A2-144 | PAGE, SALISBURY & DUDLEY, SANTA CRUZ, CA 95060 | 11/5/02 | | |
| P83131 | DANG | A2-144 | SUPERIOR CRT SAN JOSE CA 95110 | 3/4/04 | | |
| P83131 | DANG | A4-229 | PAGESALISBURY & DUDLEY ATTY SANTA CRUZ | 10/3/00 | | |
| P83131 | DANG | A2-144 | CRT OF APPEAL 6TH APPELLATE DIST SAN JOSE CA 95113 | 6/14/04 | | |
| P83131 | DANG | A2-144 | THE STATE BAR OF CA LA CA 90015 | 8/24/04 | | |
| P83131 | DANG | A2-144 | SIXTH DIST APPELLATE PROGRAM SANTA CLARA CA 95050 | 9/14/04 | | |
| P83131 | DANG | A2-144 | THE STATE BAR OF CA LA CA 90015 | 10/1/04 | | |
| P83131 | DANG | A2-246 | PAGE SALISBURY &DUDLEY ATTY 605 CENT S.CRUZ | 10/13/00 | | |

# EXHIBIT COVER PAGE:

Exhibit: __F_____

Description of this exhibit: ATTORNEY'S DUDLEY JANUARY 17, 2007, AND
ACCOMPANYING PETITION FOR A WRIT OF HABEAS
CORPUS

Number of pages of this exhibit:____36____pages

JURISDICTION: (Check only one)

_____Municipal Court

_XX_ Superior Court

_____Appellate Court

_____State Supreme Court

_____United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other: _____

# Page, Salisbury & Dudley · Attorneys at Law

**605 Center Street · Santa Cruz · California 95060-3804**

Mitchell Page
Gordon J. Salisbury
Arthur Dudley
Celeste DeNardo
Nikki Whitehead
Desiree Young
Jesse D. Ruben

**Telephone (831) 429-9966**
Facsimile (831) 427-2132

January 17, 2007

Tai Q. Dang, P-83131
California State Prison – Solano
P.O. Box 4000
Vacaville, CA 95696

Re: Federal Habeas Corpus Petition

Dear Mr. Dang:

In discussions that I have had with an attorney with the State Bar, I am sending to you the completed habeas corpus petition for your filing in federal district court. I have included therein a declaration executed by myself showing what I have done in the past concerning my original preparation of this petition, along with your unawareness of the time requirements for filing such a petition. Also, I have drafted a declaration for your signature indicating, at no fault of your own, your lack of knowledge of the applicable steps that I had undertaken to advise you of the filing time requirements.

Not only have I included herein an original habeas corpus petition for you to date, sign and mail to the federal district court, I also have included herein a copy of that petition for your records, two blank copies of a federal habeas corpus petition if you want to make changes to the petition that I have sent you, two blank copies of the prisoner's application to proceed in forma pauperis without having to pay the necessary filing fee, a one page instruction sheet for filling out that in forma pauperis form, and a two page instruction sheet on how and where to file a petition for a writ of habeas corpus in federal district court. As to where to file the habeas corpus petition, please remember that it needs to be sent to the Clerk's Office of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36060, San Francisco, CA 94102.

If you need any further declaration for me to sign about your unawareness of the applicable time frames, and the petition I originally prepared for your signature and filing, please do not hesitate to contact me.

Very truly yours,

Arthur Dudley

AD:ms
Enclosures

1   <u>**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**</u>

2   Name __DANG_____ __TAI_____ __Q._____
              (Last)              (First)            (Initial)

3   Prisoner Number __P-83131_____

4   Institutional Address ___California State Prison -- Solano__

5   __P.O. Box 4000, Vacaville, CA  95696_____

6                           **UNITED STATES DISTRICT COURT**
7                         **NORTHERN DISTRICT OF CALIFORNIA**

8   __TAI Q. DANG_____                    )
    (Enter the full name of plaintiff in this action.)    )
9                                              )
                    vs.                        )    Case No. _____
10                                             )    (To be provided by the clerk of court)
    __BOB HOREL, Warden_____              )
11  _____           )    **PETITION FOR A WRIT**
                                               )    **OF HABEAS CORPUS**
12  _____           )
                                               )
13  _____           )
                                               )
14  (Enter the full name of respondent(s) or jailor in this action)  )
                                               )
15  _____           )

16                      <u>Read Comments Carefully Before Filling In</u>

17  <u>When and Where to File</u>

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  <u>Who to Name as Respondent</u>

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14          <u>Santa Clara County Superior</u>         <u>San Jose, CA</u>
                Court
15                 Court                              Location

16          (b)    Case number, if known ___<u>C9927769</u>___

17          (c)    Date and terms of sentence <u>6/9/00 -- 52 years to life in</u>
                                                                    state prison
18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)         Yes <u>X</u>    No ____

20                 Where?

21                 Name of Institution: <u>California State Prison -- Solano</u>

22                 Address: <u>2100 Peabody Road (P.O. Box 4000)</u>
                            <u>Vacaville, CA  95696</u>
23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  <u>murder -- Cal. Penal Code, § 187</u>

27  <u>possession of a firearm by a convicted felon -- Cal. Penal</u>
                                          <u>Code, § 12021, subd. (a)(1)</u>
28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -