Tai Dang P-83131
Folsom State prison
P.O. Box 950
Folsom, CA. 95763
IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tai Dang,             ,         Case no.  C-07-3268 SI
        Petitioner,

v.                              NOTICE OF CHANGE OF ADDRESS

M.C. Kramer, Warden   ,
        Respondent.      /

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

PLEASE TAKE NOTICE: That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new address is:   Tai Dang P-83131
                                Folsom State Prison
                                P.O. Box 950
                                Folsom, CA. 95763

VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: May 14th, 2008          RESPECTFULLY SUBMITTED,

                              /s/ Tai Dang
                              Tai Dang, Petitioner

# PROOF OF SERVICE BY MAIL

I __Stephen F. Snow__, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

    MY PRISON NUMBER IS: __K-20414__

    MY PRISON ADDRESS IS: __P.O. BOX 950, Folsom, Ca. 95763__

    ON __May 14th__, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

NOTICE OF CHANGE OF ADDRESS

    ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

Peggy S. Ruffra
Deputy Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA. 94102

Clerk's Office
United States District Court
Northern District of california
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

    THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

    I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED __May 14th__, 2008, AT FOLSOM, CALIFORNIA..

_[signature: Stephen F. Snow]_
&lt;signature here&gt;

Tai Dang P-83131
Folsom State Prison
P.O. Box 950
Folsom, CA. 95763


Peggy S. Ruffra
Deputy Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA. 94102


Date: May 14th, 2008


RE: Dang v. Sisto, Warden; C-07-3268 SI


Dear Deputy Attorney General:

   I am writing by and through the assistance of a jailhouse lawyer to respectfully a copy of the motion to dismiss for untimeliness. I never received a copy of the motion from you or your office.

   In addition, I would like to informally request your assistance in obtaining my 'Mail records' from the prisons I was confined in. I need the requested records to show that I did not recieve any records from my lawyer on October 13, 2005. I believe with my 'Mail records' I can show when I received the records from counsel that will show my Federal habeas petition is not untimely.

   Please send me a copy of your motion to dismiss and please obtain my mail records from the prisons I ahve been confined in.

   Thanking you in advance for your assistance in this matter.



Sincerely

*[signature]*

Tai Dang, Petitioner


prepared by: Stephen F. Snow

M E M O R A N D U M

DATE: October 2, 2003

TO: Inmates who perform legal work for other inmates.

FROM: Folsom State Prison, Represa, CA 95671

RE: PLU STATUS (COURT IMPOSED LEGAL DEADLINES) AND LEGAL ASSISTANCE FROM ONE INMATE TO ANOTHER.
CALIFORNIA CODE OF REGULATIONS TITLE 15 SECTION 3163 ASSISTING OTHER INMATES
CONDITIONS PRECEDENT: (AUTHORIZATION REGULATIONS & SUPPLIES)

Subject to the following conditions: Inmates with court imposed deadlines (transferor) may transfer their court imposed deadlines to another inmate (transferee). This transfer is for the sole purpose of performing work and receiving library services and supplies for the litigation upon which the deadline of the transferor is applicable. Established court deadlines shall be verified by a Correctional Counselor or designated library staff.

A transferee may purchase legal copy services and legal supplies for the transferor only when both the transferor and transferee personally appear (presenting photo identification) before library staff with this form signed below and the transferor signs a completed (MAXIMUM OF THREE) TRUST ACCOUNT WITHDRAWAL ORDER (CDC FORM 193). These form shall specifically name the legal service or legal supplies authorized by the transferor for the transferee to purchase. These forms will be secured and retained by the library staff until time of purchase. If additional forms are required, the transferor must again personally appear before library staff for submission.

Folsom State Prison, Folsom State Prison Library, Folsom State Prison Library Staff does Not accept responsibility for these transfers. Both the transferor and transferee are subject to State and Federal Law and All other rules, regulations, policies and practices of California Department of Corrections and Folsom State Prison. An Inmate who has court imposed deadlines (Transferor) who transfers that deadline to another inmate (transferee) does so at his (transferors) own risk. With these conditions in mind:

### TRANSFEROR (INMATE HAVING LEGAL DEADLINE):

I, __Tai Dang__, CDC No. __P-83131__, CELL No. __2-B3-05__ transfer my court imposed deadline to prepare on my behalf the legal document

__Motion to dismiss__ CASE No. __C-07-3268 SI__

to the inmate named below who can posses my legal briefs, documents and transcripts of said case.

DATED: __May 14, 2008__, SIGNATURE: _____

### TRANSFEREE: (INMATE PERFORMING LEGAL WORK):

I, __Stephen F. Snow__, CDC No. __K-20414__, CELL No. __2-B1-20__

agree to follow CCR Title 15 section 3163 "One inmate may assist another in the preparation of legal documents, but shall not receive any form of compensation from the inmate assisted. Legal papers, books, opinions and forms being used by one inmate to assist another may be in the possession of either inmate with the permission of the owner. All papers must be returned to the respective owners when either inmate is transferred to another institution or when other administrative action prevents direct communications between the inmates. An inmate may be barred from giving legal assistance to other inmates when violations of regulations and established procedures relate directly to such activities. An inmate will not be barred from giving or receiving legal assistance for violations of regulations and procedures which are unrelated to providing or receiving legal assistance. However, no otherwise prohibited contacts or access to prohibited areas will be permitted because of this regulations.

DATED: __May 14th, 2008__, SIGNATURE: _____