Folsom State Prison
P.O. Box [illegible]
Represa, CA [illegible]

NAME: [signature]
CDCR#: K-2944  Bldg/Bed: 2 - 01 - 20

**STATE PRISON
GENERATED MAIL**

ADDRESS TO:
P.O. BOX 71507 Letter, Photos, Stamps only
P.O. BOX 1790 Money Orders only
P.O. BOX 950 Legal Mail only.

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

$00.76
MAY 16 2008
MAILED FROM ZIP CODE 95672

Clerk's Office
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

Confidential
Legal
Mail

FSP41-0077