| | |
|---|---|
| Name | TAI DANG P-83131 **FILED** |
| Address | Folsom State Prison, PM 1:09 |
| City, State, Zip | P.O. Box 950 |
| | Folsom, CA. 95763 |
| Phone | |
| Fax | IN PROPRIA PERSONA |
| E-Mail | |

☒ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI DANG,<br><br>        Petitioner,<br><br>    v.<br><br>M.C. Kramer, Warden,<br><br>        Respondent. | CASE NUMBER:<br><br>C 07-3268 SI (Pr)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____TAI DANG_____ hereby appeals to
                                     *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): Dismissing Petition for Writ of Habeas Corpus as untimely.

☐ Other (specify):

Entered in this action on __June 24, 2008 (filed)__

A copy of said judgment or order is attached hereto.

July 8th 2008
_____          _____
Date                             Signature
                                 ☒ Appellant/Pro Se  ☐ Counsel for Appellant  ☐ [illegible]

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit
        prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)                          NOTICE OF APPEAL

DANG V. KRAMER, Case No. <u>C 07-3268 SI (Pr)</u>

## PROOF OF SERVICE BY MAIL

I <u>Stephen F. Snow</u>, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
  MY PRISON NUMBER IS: K-20414
  MY PRISON ADDRESS IS: **P.O. BOX 950, Folsom, Ca. 95763**

  ON July 10th, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

  "NOTICE OF APPEAL."

  ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

Clerk's Office
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102-3483

California Attorney General's Office
Peggy S. Ruffra,
Deputy Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA. 94102

  THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

  I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

  EXECUTED July 10th, 2008, AT FOLSOM, CALIFORNIA..

FILED

JUN 24 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAI DANG,

    Petitioner,

    v.

D. K. SISTO, warden,

    Respondent.

No. C 07-3268 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 23, 2008

SUSAN ILLSTON
United States District Judge