Folsom State Prison
P.O. Box 715071
Represa, CA 95671

NAME: Stephen F. Saw
CDCR#: K-20414  Bldg/Bed: 2 - Bl - 20

**STATE PRISON GENERATED MAIL**

FSP41-0077

ADDRESS TO:
P.O. BOX 715071 Letter, Photos etc.
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

$00.59⁰  JUL 11 2008
MAILED FROM ZIPCODE 95672

Clerk's Office
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

Confidential
Legal
Mail

