**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03268 SI**

**CASE TITLE: TAI Q. DANG-v-D.K. SISTO**

Dear Sir/Madam:

    Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

    Please acknowledge receipt and return to this office.

Dated: September 4, 2008

Sincerely,

RICHARD W. WIEKING, Clerk

by: Felicia Reloba
Case Systems Administrator

Enclosures: