**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk  　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**RECORD TRANSMITTAL FORM**

**Date: 9-4-08**

**To:**　United States Court of Appeals　　　　( ) Check here if record is being
　　　　For the Ninth Circuit/Records Unit　　　　　　sent directly to a Judge
　　　　95 Seventh Street
　　　　San Francisco, CA 94103

**From: Yumiko Saito**

**DC No:** _____CV-07-3268 SI_____　**Appeal No:** _____

**Short Title:** __Dang v. Sisto_____

**Composition of Record**

**Clerk's Files in __1__ volumes**　　　　**(X) original**　　　　**( ) certified copy**

　**Bulky docs. __1__ volumes (folders)**　　**docket#_____**

**Reporter's**
**Transcripts　in _____volumes**　　　　**( ) original**　　　　**( ) certified copy**

**Exhibits:**　　in _____envelopes　　　　( ) under seal
　　　　　　　in _____boxes　　　　　　　( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____　**Date:**_____