Geny
9|8

RECEIVED
08 SEP 10 PM 12: 55
WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED 08-16970
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 0 5 2008

FILED_____
DOCKETED_____
         DATE      INITIAL

**CASE NUMBER:** CV 07-03268 SI

**CASE TITLE:** TAI Q. DANG-v-D.K. SISTO

Dear Sir/Madam:

Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

Please acknowledge receipt and return to this office.

Dated: September 4, 2008

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures: