UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAI DANG,

    Petitioner,

    v.

D. K. SISTO, warden,

    Respondent.

    /

No. C 07-3268 SI (pr)

**ORDER DENYING MOTION FOR RECONSIDERATION**

Petitioner's 48-page motion for reconsideration (of which about 14 pages are single-spaced) is DENIED for failure to comply with the 25-page limit on motions. See N. D. Cal. Local Rule 7-2(b).

IT IS SO ORDERED.

DATED: December 3, 2008

SUSAN ILLSTON
United States District Judge