UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAI DANG,

    Petitioner,

    v.

D. K. SISTO, warden,

    Respondent.

                                     /

No. C 07-3268 SI (pr)

**ORDER DENYING SECOND MOTION FOR RECONSIDERATION**

    The court denied petitioner's 48-page motion for reconsideration (of which about 14 pages were single-spaced) for failure to comply with the 25-page limit on motions. See N. D. Cal. Local Rule 7-2(b). He then filed a second motion for reconsideration that actually grew in length. His second motion consisted of a 25-page motion (of which 14 pages were single-spaced) and a 28-page memorandum of points and authorities. The motion is DENIED. (Docket # 20.) The legal memorandum exceeds the page limit, and the motion plus the memorandum are clearly contrary to the spirit of the rule against briefs in excess of 25 pages. The motion is rejected for the separate and additional reason that it is not meritorious. No further motions for reconsideration will be entertained.

    IT IS SO ORDERED.

DATED: May 22, 2009

                                                SUSAN ILLSTON
                                         United States District Judge